UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE A. GOLLIDAY,

    Plaintiff,

v.

File No. 1:09-CV-526

HON. ROBERT HOLMES BELL

FIRST DIRECT MORTGAGE CO., INC.,
et al.,

    Defendants.
                                    /

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the June 15, 2009, Report and Recommendation of the Magistrate Judge is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2).

Dated: December 29, 2009                 /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE